MARC V. KALAGIAN
Attorney at Law: 4460
    Law Offices of Rohlfing & Kalagian, LLP
    211 East Ocean Boulevard, Suite 420
    Long Beach, California 90802
    Phone: 562-437-7006
    Fax: 562-432-2935
    Marc.kalagian@rksslaw.com

Attorney for Plaintiff

DANIEL G. BOGDEN, NVBN 2137
United States Attorney
BLAINE T. WELSH
Civil Division Chief
APRIL ALONGI, VABN 76459
Assistant Regional Counsel
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8954
    Fax: 415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERENCE A. HARVEY, | Case No: 2:14-cv-01742-JAD-CWH |
| Plaintiff | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

      The parties jointly request to extend the time by thirty days from June 28, 2015 to July 28, 2015 for Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, to file her

-1-

Cross-Motion To Affirm, with all other dates in this Court's Order Concerning Review Of Social Security Case extended accordingly. This is the Commissioner's first request for an extension.

There is good cause for this extension because the Commissioner's counsel is handling a large number of other District Court cases. Further, counsel is preparing for a hearing in an administrative employment matter, which is set to occur in two weeks. Counsel has also been out of the office on official travel and will be traveling intermittently over the next several weeks. The Commissioner needs additional time to respond to the issues Plaintiff raised in his Motion For Reversal And/Or Remand. Plaintiff has no objection.

Respectfully submitted,

Date:   June 24, 2015

By:   */s/\* Marc V. Kalagian*
MARC V. KALAGIAN
*by email authorization on 6/24/15

Attorneys for Plaintiff

Date:   June 24, 2015            DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Civil Division Chief

By:   */s/ April Alongi*
APRIL ALONGI
Assistant Regional Counsel
Social Security Administration

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   June 25, 2015

THE HONORABLE C.W. HOFFMAN, JR.
United States Magistrate Judge

-2-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notification, on:

MARC V. KALAGIAN
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802

Date:   June 24, 2015                        DANIEL G. BOGDEN
                                             United States Attorney
                                             BLAINE T. WELSH
                                             Civil Division Chief

                                     By:     */s/ April Alongi*
                                             APRIL ALONGI
                                             Assistant Regional Counsel
                                             Social Security Administration

                                             Attorneys for Defendant

-3-