
UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Terence A. Harvey,<br><br>    Plaintiff<br><br>v.<br><br>Carolyn W. Colvin,<br><br>    Defendant | **2:14-cv-01742-JAD-CWH**<br><br>**Order Adopting Report and Recommendation, Denying Motion to Remand, Granting Motion to Affirm, and Dismissing and Closing Case**<br><br>[ECF No. 19, 23, 28] |

    Pro se plaintiff Terence A. Harvey seeks review of the Commissioner's denial of his application for disability benefits.[1] Harvey has filed a motion for reversal of the administrative law judge's (ALJ) finding that he was not disabled during the relevant timeframe,[2] and Social Security Commissioner Carolyn W. Colvin crossmoves to affirm the ALJ's decision.[3]

    Magistrate Judge Hoffman reviewed the motions and documentary evidence in this case and recommends that I deny Harvey's motion for reversal/remand and grant the commissioner's crossmotion to affirm.[4] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5] Objections were due by July 31, 2016, and no party has filed an objection or requested an extension to do so. Accordingly,

    IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 28] is ADOPTED, Harvey's motion to remand [ECF No. 19] is DENIED, and the Commissioner's crossmotion to affirm [ECF No. 23] is GRANTED.**

---

[1] ECF No. 3.

[2] ECF No. 19.

[3] ECF No. 23.

[4] ECF No. 28.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1   The Clerk of Court is instructed to enter judgment accordingly and to CLOSE THIS CASE.

2   Dated this 5th day of August 2016.

_____
Jennifer A. Dorsey
United States District Judge